**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)          Case Number **13−40766−can7**

# UNITED STATES BANKRUPTCY COURT
## *WESTERN DISTRICT of MISSOURI*

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/11/13 . You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. ***Creditors−Do not file this notice in connection with any proof of claim you submit to the court.***

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Chad Eric Hale<br>11555 SW 1161 Rd.<br>Rockville, MO 64780 | Stacey Diane Hale<br>11555 SW 1161 Rd.<br>Rockville, MO 64780 |
| Case Number:<br>13−40766−can7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−9376<br>xxx−xx−5956 |
| Attorney for Debtor(s) (name and address):<br>Ronald Frank Fisk<br>127 W. Austin St.<br>P.O. Box 385<br>Nevada, MO 64772<br>Telephone number: 417−667−7678 | Bankruptcy Trustee (name and address):<br>Maureen Scully<br>P.O. Box 414707<br>Kansas City, MO 64141<br>Telephone number: 816−868−3039 |

### Meeting of Creditors

Date: **April 5, 2013**          Time: **02:30 PM**

Location: **Room 2110B, 400 East 9th Street, Kansas City, MO 64106**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 6/4/13**

### Deadline to Object to Exemptions:
30 days after the conclusion of the meeting of creditors or within 30 days of any amendment to the list or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Bankruptcy Clerk's Office: www.mow.uscourts.gov**<br><br>400 E. 9th Street, Room 1510<br>Kansas City, MO 64106<br>Telephone Number: 816−512−1800<br>VCIS Number toll free: 866−222−8029 | **For the Court:**<br>Court Executive:<br>Ann Thompson |
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 3/11/13 |

The trustee may give notice at the meeting of his intent to abandon property unless objections are filed within 14 days.
Creditors with a security interest in the property must provide evidence of perfection to the trustee prior to this meeting.
Pursuant to 11 USC § 727 (a)(12), creditors and parties in interest seeking to delay or postpone debtor(s)' discharge on grounds that 11 USC § 522 (q)(1) may be applicable to debtor(s) or that a proceeding is pending in which the debtor(s) may be found guilty of a felony as described in 11 USC § 522 (q)(1)(A) or may be liable for a debt as described in 11 USC § 522 (q)(1)(B) must file a motion to delay or postpone such discharge prior to the last day to object to the discharge, as set out above. If hearing location is Kansas City, please call (816) 512−1800 menu item #6 for information regarding handicapped access.
**To obtain a claim form go to:** http://www.uscourts.gov/uscourts/RulesAndPolicies/rules/BK_Forms_Current/B_010.pdf

**EXPLANATIONS** FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do not include this notice with any filing you make with the court. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Western District of Missouri

In re:                                                              Case No. 13-40766-can
Chad Eric Hale                                                      Chapter 7
Stacey Diane Hale
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0866-4          User: kostrowr             Page 1 of 3              Date Rcvd: Mar 11, 2013
                              Form ID: b9a               Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2013.
```
db/jdb       +Chad Eric Hale,   Stacey Diane Hale,    11555 SW 1161 Rd.,   Rockville, MO 64780-5135
14717411     +Accounting Taxes & Mgmt,    Services (AtMS),   2125 S. Brentwood,   Springfield MO 65804-2538
14717412     +Advance America Cash, Cash Advance,    301 West Austin Blvd.,   Nevada MO 64772-3124
14717414      Allied Interstate,   PO Box 361774,    Columbus OH 43236-1774
14717415     +American Western Bonding Company,    331 E. 4th St.,   Carthage MO 64836-1631
14717418     +BMG Music Service,   c/o National Recovery Agency,    2491 Paxton St.,   Harrisburg PA 17111-1036
14717419      BNT Loan Company,   41615 S. Scenic Ave.,    Springfield MO 65807-3939
14717417      Baker Law Firm,   620 2nd St.,    Osceola MO 64776-0000
14717420     +Brent David Green, Attorney,    1615 S. Ingram Mill Rd,   P.O. Box 19545,
               Springfield MO 65804-2261
14717425      CBCS 21,   PO Box 2334,   Columbus OH 43216-2334
14717426      CBSA-Credit Bureau Services,    123 W. 7th Ave., Suite 300,   Stillwater OK 74074-4025
14717422     +Cammie and Mike Housh, DDS,    605 E. Hospital Road,   El Dorado Springs MO 64744-2052
14717424      Cash Advance,   205 W. Highway 54,    El Dorado Springs MO 64744-0000
14717427      Cedar County Medical Mall,    1317 S. Hwy 32,   El Dorado Springs MO 64744-0000
14717428     +Cedar County Memorial Hospital,    1401 S Park Street,   El Dorado Springs MO 64744-2037
14717431     +City Utilities of El Dorado Springs,    135 W. Spring,   El Dorado Springs MO 64744-1199
14717433    ++DIRECTV LLC,   ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Direct TV,    P.O. Box 6550,   Englewood CO 80155-6550)
14717432      Dain's Fish Farm,   2550 SE Hwy H,    Schell City MO 64783-0000
14717435     +First National Collections,    610 Waltham Way,   Sparks NV 89434-6695
14717438     +Georgia Check Recovery, Inc.,    P.O. Box 45,   Jersey GA 30018-0045
14717439      Household Bank,   90 Christiana Rd,    New Castle PA 19203-0000
14717445      LVNV Funding - First USA,    PO Box 10584,   Greenville SC 29603-0584
14717443      Liberty Bank,   1406 S. Highway 32,    El Dorado Springs MO 64744-0000
14717447     +Mid-America Check Recovery, Inc.,    P.O. Box 281,   Nevada MO 64772-0281
14717448     +Mid-Missouri Bank,   Tri-County State Bank,    P.O. Box 397,   El Dorado Springs MO 64744-0397
14717449     +Mid-Missouri Bank,   330 W. Plainview Rd,    Springfield MO 65810-2672
14717451     +Mid-West Pathology Consultants,    701 W. 8th St.,   Fort Scott KS 66701-2496
14717452     +Missouri Deparment of Revenue,    P.O. Box 3800,   Jefferson City MO 65105-3800
14717455      Missouri Gas Energy,   PO Box 219255,    Kansas City MO 64121-9255
14717456     +Missouri Medical Collections,    3952 S Fairview Ave,   Springfield MO 65807-4604
14717457     +Missouri Title Loan Center,    400 S. Johnson Dr. Suite D,   Nevada MO 64772-9078
14717458      Mullen & Associates,   1885 N. State Hwy CC,    Nixa MO 65714-8015
14717459     +National Recovery Agency,    2491 Paxton St.,   Harrisburg PA 17111-1036
14717461     +Northland Group, Inc.,   P.O. Box 390846,    Minneapolis MN 55439-0846
14717463     +Robert Smith,   9193 Villaridge Ct.,    Saint Louis MO 63123-7413
14717464     +Robinson, Reagan & Young,   Attorneys at Law,    105 Broadway Suite 300,   Nashville TN 37201-2115
14717465      Sac Osage Electric,   P.O. Box 728,    El Dorado Springs MO 64744-0000
14717467     +Subway 12532,   205 W. US Hwy 54,    El Dorado Springs MO 64744-1870
14717468     +The CBE Group Inc.,   131 Tower Park Dr.,    P.O. Box 900,   Waterloo IA 50704-0900
14717472     +Valarity, LLC,   P.O. Box 505023,   Saint Louis MO 63150-5023
14717473     +Verizon Wireless,   P.O. Box 4002,    Acworth GA 30101-9003
14717474     +Vernon County Courthouse,   100 W. Cherry,    Nevada MO 64772-3375
14717475     +Virtuoso Sourcing Group,   P.O Box 8546,    Omaha NE 68108-0546
14717476      Wal-Mart Associates,   702 SW 8th Street,    Bentonville AR 72716-0135
14717478     +Western Missouri Radiology,    P.O. Box 1547,   Sedalia MO 65302-1547
14717479     +Wilkinson Homecare Equipment,    125 S. Washington Ste. 300,   Nevada MO 64772-3329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: ronfisklaw@gmail.com Mar 12 2013 03:06:28     Ronald Frank Fisk,   127 W. Austin St.,
               P.O. Box 385,   Nevada, MO  64772
tr           +EDI: FMASCULLY.COM Mar 12 2013 02:43:00     Maureen Scully,   P.O. Box 414707,
               Kansas City, MO 64141-4707
smg           E-mail/Text: ecfnotices@dor.mo.gov Mar 12 2013 05:16:42     Missouri Department of Revenue,
               General Counsel's Office,   PO Box 475,   Jefferson City, MO  65105-0475
14717416     +EDI: RESURGENT.COM Mar 12 2013 02:43:00     AT&T Telecom,   c/o LVNV Funding LLC,
               P.O. Box 740281,   Houston TX 77274-0281
14717413      E-mail/Text: amccoyams@yahoo.com Mar 12 2013 06:35:49     Affiliated Management Services, Inc.,
               P.O. Box 2119,   Mission KS 66201-1119
14717423      EDI: CAPITALONE.COM Mar 12 2013 02:43:00     Capital One BAnk USA,   P.O. Box 30281,
               Salt Lake City UT 84130-0281
14717429     +E-mail/Text: bklaw2@centurylink.com Mar 12 2013 06:36:06     Century Link,   P.O. Box 4300,
               Carol Stream IL 60197-4300
14717433      EDI: DIRECTV.COM Mar 12 2013 02:43:00     Direct TV,   P.O. Box 6550,   Englewood CO 80155-6550
14717434     +E-mail/Text: bknotice@erccollections.com Mar 12 2013 06:34:41     Enhanced Recovery Company,
               8014 Bayberry Road,   Jacksonville FL 32256-7412
14717436      EDI: RMSC.COM Mar 12 2013 02:43:00     GEMB,   P.O. Box 981402,   El Paso TX 79998-1402
14717437     +EDI: RMSC.COM Mar 12 2013 02:43:00     GEMB/Walmart,   PO Box 981400,   El Paso TX 79998-1400
14717440      EDI: HFC.COM Mar 12 2013 02:43:00     HSBC Retail Services,   Dept. 7680,
               Carol Stream IL 60116-7680
14717441     +EDI: IRS.COM Mar 12 2013 02:43:00     Internal Revenue Service,   P.O. Box 15404,
               Atlanta GA 30333-0404
```

```
District/off: 0866-4          User: kostrowr          Page 2 of 3          Date Rcvd: Mar 11, 2013
                              Form ID: b9a            Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14717442       EDI: RMSC.COM Mar 12 2013 02:43:00      JC Penney,   P.O. Box 10001,   Dallas TX 75301-7311
14717444       EDI: RESURGENT.COM Mar 12 2013 02:43:00      LVNC Funding LLC,   P.O. Box 10584,
                Greenville SC 29603-0584
14717446      +E-mail/Text: claudia.bank@mercy.net Mar 12 2013 06:45:19      Mercy Clinic,   P.O. Box 2580 - SFLD,
                Springfield MO 65801-2580
14717453       E-mail/Text: ecfnotices@dor.mo.gov Mar 12 2013 05:16:42      Missouri Department of Revenue,
                P.O. Box 385,   Jefferson City MO 65105-0385
14717460      +E-mail/Text: tmitts@nrmchealth.com Mar 12 2013 05:14:32      Nevada Regional Medical Center,
                800 S Ash,   Nevada MO 64772-3223
14717462       E-mail/Text: holly@partners-mo.com Mar 12 2013 06:30:29      Partners Financial Services, Inc.,
                P.O. Box 728,   Fenton MO 63026-0000
14717466       E-mail/Text: claudia.bank@mercy.net Mar 12 2013 06:45:19      St. John's Clinic,   PO Box 2580,
                Springfield MO 65801-2580
14717470      +E-mail/Text: bknotices@totalcardinc.com Mar 12 2013 06:32:46       Total Card, Inc.,
                P.O. Box 89725,   Sioux Falls SD 57109-9725
14717469      +E-mail/Text: bknotices@totalcardinc.com Mar 12 2013 06:32:46       Total Card, Inc.,
                5109 S. Broadband Lane,   Sioux Falls SD 57108-2208
14717477      +E-mail/Text: bankruptcy@wscadc.tzo.com Mar 12 2013 06:34:48       Western Finance,   118 N. Cedar,
                Nevada MO 64772-2363
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14717430*     +Century Link,   P.O. Box 4300,   Carol Stream IL 60197-4300
14717450*     +Mid-Missouri Bank,   Tri-County State Bank,   P.O. Box 397,   El Dorado Springs MO 64744-0397
14717454*      Missouri Department of Revenue,   P.O. Box 385,   Jefferson City MO 65105-0385
14717421     ##Callwave, Inc.,   PO Box 609,   Santa Barbara CA 93102-0609
14717471    ##+Tracie Marie York,   403 E Fields Terrace,   El Dorado Springs MO 64744-1653
                                                                                TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2013**          **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0866-4          User: kostrowr            Page 3 of 3             Date Rcvd: Mar 11, 2013
                              Form ID: b9a              Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2013 at the address(es) listed below:
          Maureen   Scully    maureensc@swbell.net,
           mo47@ecfcbis.com;mas1@trustesolutions.net;scully341@att.net
          Ronald Frank Fisk    on behalf of Debtor Chad Hale ronfisklaw@gmail.com
                                                                                                 TOTAL: 2